UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD JAMES HILLS,<br><br>          Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK NA, et al.,<br><br>          Defendants. | CASE NO. 2:22-cv-00763-JHC<br><br>ORDER |

On July 20, 2022, the Court entered an order dismissing Plaintiff Edward James Hills's complaint without prejudice.  Dkt. # 5.  The Court granted Plaintiff fourteen (14) days to file an amended complaint.  *Id.*  That deadline has passed, and Plaintiff has failed to file an amended complaint or any other submission in response to the Court's July 20, 2022 order.  Accordingly, the Court DISMISSES the complaint without prejudice and without leave to amend.  The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address, and to close this case.

Dated this 8th day of August, 2022.

John H. Chun
United States District Judge

ORDER - 1